NEW YORK TRAP ROCK COMPANY v. CHARLES A. BROWN AND JOHN FLEMING.

1. Failure to make profert can only be objected to by special demurrer.
2. A contract that a single person shall be employed as the sole agent of manufacturers to sell all their output, does not violate any principle of law and may be enforced.

On demurrer to declaration.

For the plaintiff, *Bacot & Record.*

For the defendants, *Bedle, McGee & Bedle.*

PER CURIAM.

1. Failure to make profert can only be objected to by a special demurrer. The twelfth section of the statute on amendments and jeofails is a substantial copy of the first section of the act of 4 *Anne, c.* 16, and was introduced in our legislation in 1794. *Pat. L., p.* 126.

2. The clause providing for payment of penalties sued for is sufficiently set out.

3 and 4. A contract that a single person shall be employed as the sole agent of manufacturers to sell all their output, does not violate any principle of law and may be enforced.

5 and 6. The contract is not objectionable on the grounds named in this specification of causes, and the declaration shows a legal cause of action.

If defendant has a meritorious defence, he may apply for leave to withdraw demurrer and plead.

The demurrer must be overruled.